UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | NO. 3:13-00275 |
|---|---|---|
| v. | ) | |
| LAWRENCE MUKETE DIOH | ) | |

## ORDER

This matter comes before the Court on the United States' Motion to Seal Indictment. It is hereby ordered that:

The Motion is granted and the Indictment is ordered sealed, pending further order of the Court, except that a copy of the Indictment: (a) shall be provided by the Clerk's office to the United States Marshals Service (USMS) to permit the USMS to perform its statutorily-authorized duties, to the Office of the Inspector General, Department of Health and Human Resources (OIG/HHS), and to the Texas Attorney General, Medicaid Fraud Control Unit (TX MFCU) and (b) may be provided by the United States to the defendant or the defendant's counsel. The Indictment shall be unsealed immediately upon the arrest of the defendant.

The Clerk is directed to file this Order and related matters under seal and, except for a copy of the Indictment the Clerk shall provide to the USMS, to the OIG/HHS, and to the TX MFCU, to serve them only on counsel for the United States.

_____John Bryant, USMJ_____
Judge
December 18, 2013