UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | NO. 3:13-00275 |
|---|---|---|
| v. | ) | |
| LAWRENCE MUKETE DIOH | ) | |

## ORDER

This matter comes before the Court on the United States' Motion to Unseal Indictment. It is hereby ordered that:

The Motion is granted and the Indictment is ordered unsealed.

_____
JUDGE GRIFFIN
January 13, 2014