UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:13-00275 |
| ) | JUDGE SHARP |
| LAWRENCE MUKETE DIOH ) | |

### O R D E R

Pending before the Court is SEALED MOTION (Docket No. 36).

The motion is GRANTED and the sentencing hearing scheduled for March 13, 2015, is hereby rescheduled for Tuesday, May 12, 2015, at 10:30 a.m.

It is so ORDERED.

 

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE